| | |
|---|---|
| From: | Amazon.com |
| To: | Jacob Weiss |
| Subject: | Notice: Policy Warning |
| Date: | Saturday, October 23, 2021 4:31:08 PM |



Hello,

We received a report from a rights owner that you are listing counterfeit products. Sellers on Amazon.com are not allowed to create listings or detail pages for counterfeit goods.

We removed the content listed at the end of this email. We may let you list this product again if we receive a retraction from the rights owner. Their contact information can be found below.

Simple Living Products
casemanager@simplelivingproducts.com

How do I reactivate my listing?
Please visit the Account Health page in Seller Central (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_nr) to appeal this listing deactivation. Please click on the "Appeal" link next to the listing in the "Product and Policy Violations" section on the account health page.

If the rights owner does not retract their complaint, or you do not provide supporting information, we may provide your contact information to the rights owner upon their request.

We consider allegations of counterfeit a serious matter and your account is under review. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

 ASIN: B0812CWD79
Title: Simple Living 5.8Qt LED Touch Screen Air Fryer, 8 Presets, Preheat, 2 Hour Keep Warm and Memory Control Function, Airfryer Recipe Cookbook, Stainless Steel Fingerprint Resistant Finish


Infringement type: Counterfeit
Trademark: 5692934
Complaint ID: 9098042111

Sincerely,

Seller Performance Team
[https://www.amazon.com](https://www.amazon.com)
Amazon.com

Was this email helpful?

If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

Copyright 2021 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

| | |
|---|---|
| **From:** | Amazon.com |
| **To:** | Shloimy Hecht |
| **Subject:** | Notice: Policy Warning |
| **Date:** | Saturday, October 23, 2021 4:29:29 PM |



Hello,

We received a report from a rights owner that you are listing counterfeit products. Sellers on Amazon.com are not allowed to create listings or detail pages for counterfeit goods.

We removed the content listed at the end of this email. We may let you list this product again if we receive a retraction from the rights owner. Their contact information can be found below.

Simple Living Products
casemanager@simplelivingproducts.com

How do I reactivate my listing?
Please visit the Account Health page in Seller Central (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_nr) to appeal this listing deactivation. Please click on the "Appeal" link next to the listing in the "Product and Policy Violations" section on the account health page.

If the rights owner does not retract their complaint, or you do not provide supporting information, we may provide your contact information to the rights owner upon their request.

We consider allegations of counterfeit a serious matter and your account is under review. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

 ASIN: B01NAQOO5I
Title: Simple Living Products XL Digital Air Fryer, 7 Custom Presets, 2 Hour Keep Warm and Memory Control Function, Airfryer Recipe Cookbook, Black High Gloss Finish with 5.8 Quart Capacity, 1800 Watts


Infringement type: Counterfeit
Trademark: 5692934
Complaint ID: 9097905351

Sincerely,

Seller Performance Team
https://www.amazon.com
Amazon.com

Was this email helpful?

If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

Copyright 2021 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

| | |
|---|---|
| From: | Amazon.com |
| To: | Jacob Weiss |
| Subject: | Notice: Policy Warning |
| Date: | Saturday, October 23, 2021 4:31:08 PM |



Hello,

We received a report from a rights owner that you are listing counterfeit products. Sellers on Amazon.com are not allowed to create listings or detail pages for counterfeit goods.

We removed the content listed at the end of this email. We may let you list this product again if we receive a retraction from the rights owner. Their contact information can be found below.

Simple Living Products
casemanager@simplelivingproducts.com

How do I reactivate my listing?
Please visit the Account Health page in Seller Central (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_nr) to appeal this listing deactivation. Please click on the "Appeal" link next to the listing in the "Product and Policy Violations" section on the account health page.

If the rights owner does not retract their complaint, or you do not provide supporting information, we may provide your contact information to the rights owner upon their request.

We consider allegations of counterfeit a serious matter and your account is under review. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

 ASIN: B0812CWD79
Title: Simple Living 5.8Qt LED Touch Screen Air Fryer, 8 Presets, Preheat, 2 Hour Keep Warm and Memory Control Function, Airfryer Recipe Cookbook, Stainless Steel Fingerprint Resistant Finish


Infringement type: Counterfeit
Trademark: 5692934
Complaint ID: 9098042111

Sincerely,

Seller Performance Team
https://www.amazon.com
Amazon.com

---

Was this email helpful?

If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

Copyright 2021 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

| | |
|---|---|
| From: | Mark Gardner |
| To: | Mark Gardner |
| Subject: | FW: Notice: Policy Warning -- [OJCT1251597] |
| Date: | Monday, October 25, 2021 1:05:00 PM |

**From:** "no-replies-appeals@amazon.com" <no-replies-appeals@amazon.com>
**Sent:** 10/23/2021 8:48 PM
**To:** notify@ojcommerce.com
**CC:**
**Subject:** Notice: Policy Warning

Hello,

We removed some of your listings because we received a report from a rights owner that they may infringe the rights owner's trademark. The rights owner communication about the alleged infringement and the listings we removed are at the bottom of this message.

Why did this happen?
We received a report from a rights owner that one or more of your listings are inauthentic. Listing content infringing on the intellectual property of others is against our policies.

We're here to help.
If you need help understanding why your listings may infringe the intellectual property rights of others, please search for "Intellectual Property Policy" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

How do I reactivate my listing?
Please provide the following to reactivate your listings:
-- An invoice, letter of authorization, or a licensing agreement from the manufacturer or rights owner demonstrating that your products are lawful. External links are not accepted. For security reasons, we only accept attachments in the following file formats: .jpeg, .jpg, .pjpeg, .gif, .png, .tiff.

How do I submit this information?
Go to Received Intellectual Property Complaints under the Product Policy Compliance section in account health (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa) and locate the deactivation record for this product listing. Click on the Appeal button next to the listing deactivation record to submit information necessary to reactivate your listing.

Have your listings been removed in error?
If you have never sold or listed the product, please reach out to us and tell us.
If you think that the rights owner has made an error in sending the notice, please reach out to the rights owner and ask them to submit a retraction of this notice. We may only accept retractions that the rights owner submits to us directly. We do not accept forwarded or attached retractions.

These are the rights owner's contact details:

-- Simple Living Products
-- casemanager@simplelivingproducts.com

For any other reason, please explain to us why you were warned in error so that we can investigate the case.

What happens if I do not provide the requested information?
Your listings will remain inactive. We reserve the right to destroy the inventory associated with this violation if proof of authenticity is not provided within 60 days. Violating this policy may also result in the loss of selling privileges or other legal consequences.

Rights owner communication: We are the manufacturer of this product and we have not sold inventory to any of these sellers therefore we can confirm these items are counterfeit
ASIN:B01MR3OOGU
Infringement type: Counterfeit
Trademark asserted:87691737(Simple Living Products)
Complaint ID:9097975651

Sincerely,
Amazon.com

You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?reftag=email_warn) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health dashboard shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- iOS: https://itunes.apple.com/us/app/amazon-Seller/id794141485
-- Android: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en

| | |
|---|---|
| From: | Mark Gardner |
| To: | Mark Gardner |
| Subject: | FW: Notice: Policy Warning -- [OJCT1251593] |
| Date: | Monday, October 25, 2021 1:06:00 PM |

**From:** "no-replies-appeals@amazon.com" <no-replies-appeals@amazon.com>
**Sent:** 10/23/2021 8:45 PM
**To:** notify@ojcommerce.com
**CC:**
**Subject:** Notice: Policy Warning

Hello,

We removed some of your listings because we received a report from a rights owner that they may infringe the rights owner's trademark. The rights owner communication about the alleged infringement and the listings we removed are at the bottom of this message.

Why did this happen?
We received a report from a rights owner that one or more of your listings are inauthentic. Listing content infringing on the intellectual property of others is against our policies.

We're here to help.
If you need help understanding why your listings may infringe the intellectual property rights of others, please search for "Intellectual Property Policy" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

How do I reactivate my listing?
Please provide the following to reactivate your listings:
-- An invoice, letter of authorization, or a licensing agreement from the manufacturer or rights owner demonstrating that your products are lawful. External links are not accepted. For security reasons, we only accept attachments in the following file formats: .jpeg, .jpg, .pjpeg, .gif, .png, .tiff.

How do I submit this information?
Go to Received Intellectual Property Complaints under the Product Policy Compliance section in account health (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa) and locate the deactivation record for this product listing. Click on the Appeal button next to the listing deactivation record to submit information necessary to reactivate your listing.

Have your listings been removed in error?
If you have never sold or listed the product, please reach out to us and tell us.
If you think that the rights owner has made an error in sending the notice, please reach out to the rights owner and ask them to submit a retraction of this notice. We may only accept retractions that the rights owner submits to us directly. We do not accept forwarded or attached retractions.

These are the rights owner's contact details:

-- Case Manager
-- casemanager@simplelivingproducts.com

For any other reason, please explain to us why you were warned in error so that we can investigate the case.

What happens if I do not provide the requested information?
Your listings will remain inactive. We reserve the right to destroy the inventory associated with this violation if proof of authenticity is not provided within 60 days. Violating this policy may also result in the loss of selling privileges or other legal consequences.

Rights owner communication: We are the manufacturer of this product and we have not sold inventory to any of these sellers therefore we can confirm these items are counterfeit
ASIN: B08KSK288H
Infringement type: Counterfeit
Trademark asserted: 87691737
Complaint ID: 9098030981

You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?reftag=email_warn) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health dashboard shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- iOS: https://itunes.apple.com/us/app/amazon-Seller/id794141485
-- Android: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&amp;hl=en