UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cv-62529-WPD

OJ COMMERCE LLC

    Plaintiff,
v.

MADDAMZ GROUP INC.
DBA SIMPLE LIVING PRODUCTS

    Defendant.
_____/

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS CAUSE is before the Court on Defendant Maddamz Group Inc.'s Unopposed Motion for Extension of Time to Respond to the Plaintiff's Complaint [DE 15] (the "Motion"). The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion [DE 15] is **GRANTED**. Defendant shall have up to and through **March 11, 2022** to respond to Plaintiff's Complaint.

**DONE AND ORDERED** this 25th day of February, 2022, in Chambers at Fort Lauderdale, Broward County, Florida.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record